IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SECURITIES AMERICA, INC.,    )
a corporation,               )
                             )
          Plaintiff,         )          8:05CV164
                             )
     v.                      )
                             )
NATIONAL UNION FIRE INSURANCE)          ORDER
COMPANY OF PITTSBURGH, PA,   )
a corporation,               )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 9). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, except as to the <u>Mitchell</u> claim and any unknown claims related to the activities of Scott Wolas, a/k/a Allen Lee Hengst, which are dismissed without prejudice. Each party shall pay their own costs.

DATED this 27th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court